[No. 52337-6-I.   Division One.   October 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE MACKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00236-1, Brian D. Gain, J., entered April 28, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52441-1-I.   Division One.   October 11, 2004.]

*In the Matter of the Detention of* RUDOLPH FRANKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-08002-2, William L. Downing, J., entered May 30, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Grosse and Schindler, JJ.

[No. 52502-6-I.   Division One.   October 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. NADEZHDA PESOTSKIY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-00282-6, Ronald Kessler, J., entered May 23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52507-7-I.   Division One.   October 11, 2004.]

*In the Matter of the Dependency of* D.A.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CATRINA ARNOLD, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 02-7-02934-3, Nicole MacInnes, J., entered May 12 and 23, 2003. *Affirmed* by unpublished opinion per Ellinton, A.C.J., concurred in by Baker, J.; Kennedy, J., dissenting. Now published at 124 Wn. App. 644.